Daniel D. Harshman [SBN #177139]
daniel.harshman@fisherbroyles.com
FISHERBROYLES, LLP
2110 Artesia Blvd., #606
Redondo Beach, CA  90278
Bus:  310-400-5668
Fax:  310-400-5669

Attorneys for Plaintiff,
Natural Alternatives International, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC., a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MANNATECH, INC., a Texas Corporation d/b/a Mannatech Dietary Supplements,<br><br>　　　　Defendant, | CASE NO. 17-cv-001906 W-JLB<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. RULE OF CIV. PROC. §41(a)(1)(A)(i) |

　　　　PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby voluntarily dismisses all claims as to all parties in this action.  The Defendant has neither answered the Plaintiff's complaint, nor filed a motion for summary judgment.  Accordingly, this matter may be dismissed without a court order pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated:  November 29, 2017　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　FISHERBROYLES, LLP

　　　　　　　　　　　　　　　　　　　　By:  /s/ Daniel D. Harshman
　　　　　　　　　　　　　　　　　　　　Daniel D. Harshman, Esq.
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　Natural Alternatives International, Inc.

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States of America, am over the age of eighteen (18) years, and am not a party to the within action. My business address is FisherBroyles, LLP, 2110 Artesia Blvd., #606, Redondo Beach, CA 90278.

I served the document(s):

- **Plaintiff's Notice of Voluntary Dismissal Pursuant to Fed. Rule of Civ. Proc. §41(a)(1)(A)(i)**

on interested parties in this action by placing true and correct copies thereof in a sealed envelope addressed to the addresses shown on the attached SERVICE LIST. The sealed envelope, addressed to each interested party was thereafter served by:

_X_ By U.S. MAIL. I caused the sealed envelopes with postage fully pre-paid addressed to the interested persons shown the attached SERVICE LIST to be placed in the United States Mail in the County of Los Angeles at Redondo Beach Postal Facility following my ordinary business practice of depositing the fully addressed envelope(s) with the United States Postal Service and paying the postage for its delivery.

___ By ELECTRONIC MAIL. I addressed true and correct copies of the above document(s) and submitted them as attachment to an electronic mail message addressed to the email address provided to me by the interested parties as shown on the SERVICE LIST.

Executed on November 29, 2017 at Redondo Beach, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Daniel D. Harshman

# SERVICE LIST

Erin K. Barta  
General Counsel  
Mannatech Incorporated  
600 S. Royal Lane, Suite 200  
Coppell, TX  75019  

Tel: (972) 471-7742  
Email: EBarta@Mannatech.com

General Counsel for the Defendant, Mannatech, Incorporated